# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN CHARLSE LARGE,      )
                             )
    Plaintiff,               )
                             )
vs.                          )   Case No. CIV-13-1030-F
                             )
FIRST NATIONAL BANK, Midwest )
City, Oklahoma, et al.,       )
                             )
    Defendants.              )

## ORDER

Plaintiff is a state prisoner appearing *pro se* whose pleadings in this civil rights action are liberally construed. On October 31, 2013, Magistrate Judge Suzanne Mitchell entered a Report and Recommendation (the Report), doc. no. 48, which recommended dismissal of all of plaintiff's claims, some to be dismissed without prejudice for lack of subject matter jurisdiction and some to be dismissed with prejudice as frivolous. Plaintiff filed a document entitled "Complaint Against Recommendation of Magistrate," doc. no. 53, which is construed as an objection to the Report. The court has also reviewed plaintiff's pending motions and other filings, to ensure that nothing stated there changes the result stated in this order.

As required by 28 U.S.C. §636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the entire record including but not limited to all papers and motions filed by Mr. Large, as well as the relevant authorities, the court finds that it agrees with the Report and Recommendation of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Report and Recommendation of Magistrate Judge Mitchell are **DENIED**, and the Report and Recommendation is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. This action is hereby **DISMISSED**. Some claims are dismissed without prejudice for lack of jurisdiction and some claims are dismissed with prejudice as frivolous, all as set out in more detail in the Report. All pending motions are termed.

Dated this 15th day of November, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1030p001.wpd